DETERMINED IN THE

## FOURTH DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1909.

---

Michael Delaney, Plaintiff in Error, v. East St. Louis & Suburban Railway Company, Defendant in Error, Appellee.

APPEALS AND ERRORS—*effect of striking bill of exceptions.* Where a bill of exceptions is stricken from the transcript and no errors are assigned with respect to the remainder of the record, nothing is left for review and an affirmance will be ordered.

Action in case for personal injuries. Error to the Circuit Court of St. Clair county; the Hon. R. D. W. HOLDER, Judge, presiding. Heard in this court at the February term, 1909. Affirmed. Opinion filed June 15, 1909.

KEEFE & SULLIVAN and E. W. EGGMANN, for plaintiff in error.

SCHAEFER, FARMER & KRUEGER, for defendant in error.

PER CURIAM. At the February term, 1908, of this court, to which the above entitled cause was brought by writ of error, the defendant in error moved to strike from the record the bill of exceptions therein contained. The motion was allowed and the bill of exceptions was stricken from the record. There remains to be considered only a transcript of the plead-

(344)

ings and orders of the trial court, respecting which no exceptions were taken or errors assigned. The judgment of the Circuit Court will therefore be affirmed.

*Affirmed.*